**Shelly Lynn BALTGALVIS, Plaintiff–Appellant,**

v.

**NEWPORT NEWS SHIPBUILDING, INCORPORATED, and its subsidiary; Newport News Shipbuilding and Dry Dock Company, Defendants–Appellees.**

No. 01–1600.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

Shelly Lynn Baltgalvis, pro se. Dean C. Berry, Newport News Shipbuilding & Dry Dock Co., Newport News, VA, for appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Shelly Lynn Baltgalvis appeals from the district court's orders granting summary

judgment to Newport News Shipbuilding, Incorporated and denying her motion for reconsideration. We have reviewed the record and the district court's opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Baltgalvis v. Newport News Shipbuilding, Inc.*, No. CA–00–55 (E.D. Va. Feb. 23 and Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*